**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ENEYDA CAROLINA LOPEZ CARBALLO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-03287-SHL-atc |

**ORDER FOR RESPONDENT TO SHOW CAUSE WITHIN THREE DAYS**

On September 28, 2026, pro se Petitioner Eneyda Carolina Lopez Carballo filed her Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.2, challenging her immigration-related detention. (ECF No. 1.) On October 8, 2026, an Order Staying Transfer and Requiring Response was entered, ordering Respondent not to transfer Petitioner during the pendency of her Petition, and requiring Respondent to respond. (ECF No. 6.) Respondent has still not responded to the Petition.

Thus, the Clerk is **DIRECTED** to email copies of **the Petition (ECF No. 1), the Order Staying Transfer and Requiring Response (ECF No. 6), and this Order (ECF No. 7)** to the United States Attorney for the Western District of Tennessee at the following email address: **jason.martin3@usdoj.gov**.

Respondent is **ORDERED** to show cause why Petitioner's Petition should not be granted, and confirm Respondent's compliance with the Order Staying Transfer and Requiring Response **WITHIN THREE DAYS** of the entry of this Order.

**IT IS SO ORDERED,** this 23rd day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE